IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IVORY WADE,

                Plaintiff,                      MEMORANDUM

                                                3:07-cv-462-bbc

    v.

DR. CASTILLO, Psychiatrist,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff is proceeding in this civil action <u>pro se</u> and <u>in forma pauperis</u>.  As the case progressed, it became clear that plaintiff needed appointed counsel.

      David Harth and David Anstaett, members of the Wisconsin Bar, have agreed to represent plaintiff, with the understanding that they will serve with no guarantee of compensation for his services.  It is this court's intention that the appointment of Messrs. Harth and Anstaett to represent plaintiff extend to proceedings in this court only.[1]

      Plaintiff should be aware that because I am appointing counsel to represent him, he

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

1

may not communicate directly with the court about matters pertaining to his case. He must work directly with his lawyers and permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form.

ORDER

IT IS ORDERED that David Harth and David Anstaett are appointed to represent plaintiff in this case.

Entered this 15th day of January, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2