IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IVORY WADE,

                Plaintiff,                    MEMORANDUM

                                                    3:07-cv-462-bbc

    v.

DR. CASTILLO, Psychiatrist,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Ivory Wade is represented in this case by two capable lawyers, David Harth and David Anstaett. When counsel was appointed, I told plaintiff that he is not to communicate directly with the court about matters pertaining to his case. Rather, he is to work directly with his lawyers and permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention. Now however, plaintiff has sent the court a letter in which he says that he is being tortured psychologically, his health is deteriorating and his mind is wandering. He says that he is "unable to contact or communicate with [his] attorney about these matters. . . ."

      I am unwilling to accept plaintiff's unsupported assertion that he is unable to

1

communicate with his lawyers. If he can write to the court, he can write to his lawyers. That his lawyers may not be responding to his every communication does not mean that they are not reading his letters or taking his concerns and his case seriously. The schedule for moving the case to resolution has been set in place, and nothing in the record suggests that plaintiff's lawyers are ignoring it. Because there appears to be no reason to believe that plaintiff and his lawyers are unable to communicate with each other, I am placing plaintiff's letter in the file and will take no further action with respect to it.

Entered this 2nd day of June, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge